UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-00846-KKM-SPF

HOWARD COHAN,

    Plaintiff,

vs.

MHG AVION PARK HH, LP
a Foreign Limited Partnership
d/b/a HYATT HOUSE TAMPA
AIRPORT WESTSHORE

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, MHG AVION PARK HH, LP, a Foreign Limited Partnership, d/b/a HYATT HOUSE TAMPA AIRPORT WESTSHORE, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED May 20, 2022.

| By: **/s/ Gregory S. Sconzo** | **By: /s/ Douglas S. Schapiro** |
|---|---|
| Gregory S. Sconzo, Esq. | Douglas S. Schapiro, Esq. |
| Florida Bar No.: 0105553 | Fla Bar No. 54538 |
| Sconzo Law Office, P.A. | The Schapiro Law Group, P.L. |
| 3825 PGA Boulevard, Suite 207 | 7301-A W. Palmetto Park Rd., #100A |

| | |
|---|---|
| Palm Beach Gardens, FL 33410 | Boca Raton, FL 33433 |
| Telephone: (561) 729-0940 | Tel: (561) 807-7388 |
| Facsimile: (561) 491-9459 | Email: |
| Email: greg@sconzolawoffice.com | schapiro@schapirolawgroup.com |
| Email: samantha@sconzolawoffice.com | sandracanto@schapirolawgroup.com |
| Email: alexa@sconzolawoffice.com | ATTORNEY FOR DEFENDANT |
| Attorney for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　　　　　**/s/ Gregory S. Sconzo**
　　　　　　　　　　　　　　　　　　**Gregory S. Sconzo, Esq.**